IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT J. MORRIS,

      Petitioner,

v.

JOHN E. MORRIS, III,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1349

Opinion filed November 4, 2014.

Petitioner for Writ of Certiorari – Original Jurisdiction.

George T. Reeves of Davis, Schnitker, Reeves & Browning, P.A., Madison, and Cary A. Hardee, II of Hardee Law Firm, PL, Madison, for Petitioner.

Bryan Duke of Messer Caparello P.A., Tallahassee, for Respondent.

PER CURIAM.

The petitioner has failed to demonstrate irreparable harm. We, therefore, dismiss the petition.

WOLF, ROWE, and OSTERHAUS, JJ., CONCUR.